**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD SATISH EMRIT, NICOLE ROCIO LEAL-MENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE (USPS), U.S. POSTAL INSPECTION SERVICE,<br><br>Defendants. | CASE NO.: 3:14-CV-00534-RCJ-WGC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#8[1]) entered on October 31, 2014, recommending that Plaintiff's Application to Proceed in Forma Pauperis (#1) be granted and the Clerk of the Court file the Complaint and the action be dismissed with prejudice. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#9) on November 10, 2014.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#8) entered on October 31, 2014, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed in Forma Pauperis (#1) be granted and the Clerk of the Court file the Complaint.

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all pending motions are DENIED as MOOT.

IT IS SO ORDERED.

DATED: this 2nd day of January, 2015.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.