# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SATISH EMRIT et al., | |
| Plaintiffs, | 3:14-cv-00534-RCJ-WGC |
| vs. | |
| UNITED STATES POSTAL SERVICE et al., | **ORDER** |
| Defendants. | |

    Plaintiffs sued Defendants in this Court under several theories based on the loss of their mail. The Court adopted the Magistrate Judge's Report & Recommendation, dismissing with prejudice. The Court granted *in forma pauperis* status upon screening, and the Court of Appeals has remanded for the limited purpose of determining whether that status should continue on appeal. The Court finds that *in forma pauperis* status should not continue on appeal, as the appeal is frivolous. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

///

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that Plaintiffs may not proceed *in forma pauperis* on appeal.

IT IS SO ORDERED.

Dated this 20th day of January, 2015

_____
ROBERT C. JONES
United States District Judge