UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SATISH EMRIT et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITED STATES POSTAL SERVICE et al., )<br>)<br>Defendants. )<br>) | 3:14-cv-00534-RCJ-WGC<br><br>**ORDER** |

This case arises out of the loss of Plaintiffs' mail. The Court adopted the Magistrate Judge's Report and Recommendation and dismissed with prejudice. Plaintiffs have asked the Court to "reopen the case" under Rule 59 and to vacate the dismissal order under Rule 60. The Rule 59 motion is untimely, *see* Fed. R. Civ. P. 59(e), and Plaintiffs identify no basis for reconsideration under Rule 60, *see* Fed. R. Civ. P. 60(b).

## CONCLUSION

IT IS HEREBY ORDERED that the Motions (ECF Nos. 17, 18) are DENIED.

IT IS SO ORDERED.

Dated this 13th day of April, 2015.

_____
ROBERT C. JONES
United States District Judge